Decided October 22, 1997

## RICHARD B. POLIVY *v.* AIR ONE, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 46 Conn. App. 573 (AC 15926), is denied.

*David A. Hill, Jr.,* in support of the petition.

*Vincent F. Sabatini,* in opposition.

Decided October 22, 1997